**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY MANNINO, ARNOLDO
ZARAGOZA, EDISON ALVAREZ,

      Plaintiffs,

vs.                                        CASE NO. 6:07-CV-1853-ORL-28GJK

ANDERSON-COLLINS, INC. f/k/a
SANFORD-ORLANDO KENNEL CLUB
INC., COLLINS & COLLINS d/b/a CCC
RACING, and JACK COLLINS, JR.,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation (Doc. No. 61, filed June 12, 2008) and the Amended Report and Recommendation of the United States Magistrate Judge (Doc. No. 71, filed July 21, 2008). No objection to said Report and Recommendations was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 61) and Amended Report and Recommendation are **ADOPTED and AFFIRMED.** The Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff Arnoldo Zaragoza's Acceptance of Offer of Judgment (Doc. No. 51, filed April 9, 2008) is **GRANTED** to the extent that it is a fair and resolution of a bona fide dispute of the FLSA issues. Judgment shall be entered in this matter against Defendants, Sanford-Orlando Kennel Club Inc., Collins & Collins d/b/a CCC Racing, and Jack Collins, jointly and severally, in the amount of $12,480.00, and the case as to Plaintiff Arnoldo Zaragoza is **DISMISSED with prejudice.**

**DONE AND ORDERED** at Orlando, Florida, this ___21st___ day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record